FILED
January 12, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:17-cr-00007-TLN
Plaintiff, )
v. )
)  ORDER FOR RELEASE OF
ZAID BADER JACOB, )  PERSON IN CUSTODY
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, ZAID BADER JACOB, Case No. 2:17-cr-00007-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/12/2017  at  2:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge