PHILLIP A. TALBERT
United States Attorney
Shelley D. Weger
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ZAID BADER JACOB, <br><br> Defendant. | CASE NO. 2:17-CR-0007 TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: February 23, 2017 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 23, 2017.

2. By this stipulation, defendant now moves to continue the status conference until April 27, 2017, at 9:30 a.m., and to exclude time between February 23, 2017, and April 27, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 440 pages of investigative reports and related documents in electronic format, and an audio recording of the defendant's statement to law enforcement. This discovery was produced on January 25, 2017. In addition, there are electronic devices that were seized from the defendant's residence, which contain material restricted by 18 U.S.C. § 3509(m), that

have been made available for inspection.

      b) Counsel for defendant has been in trial since the date that the discovery was produced, and requires additional time to review the discovery, investigate the case, and discuss potential resolutions with his client.

      c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d) The government does not object to the continuance.

      e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 23, 2017 to April 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 15, 2017             PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ Shelley D. Weger
                                       SHELLEY D. WEGER
                                       Assistant United States Attorney

Dated:  February 15, 2017              /s/ Hayes H. Gable, III
                                       HAYES H. GABLE, III
                                       COUNSEL FOR DEFENDANT
                                       ZAID BADER JACOB

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of February, 2017.

_____
Troy L. Nunley
United States District Judge