PHILLIP A. TALBERT
United States Attorney
Shelley D. Weger
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>ZAID BADER JACOB,<br><br>          Defendant. | CASE NO. 2:17-CR-0007 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 27, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 27, 2017.

2.      By this stipulation, defendant now moves to continue the status conference until June 8, 2017, at 9:30 a.m., and to exclude time between April 27, 2017, and June 8, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 440 pages of investigative reports and related documents in electronic format, and an audio recording of the defendant's statement to law enforcement. This discovery was produced on January 25, 2017. In addition, there are electronic devices that were seized from the defendant's residence, which contain material restricted by 18 U.S.C. § 3509(m), that have been made available for inspection.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    b)    Counsel for the defendant has reviewed the discovery, but requires additional time

2    to talk with his client and discuss potential resolutions.  Counsel for the defendant is requesting

3    that the status conference be set on June 8, 2017, because between now and then counsel will be

4    on leave for one week and has a competency trial in a murder case, *People v. Baker*, Placer

5    County case no. 62-106623, beginning on May 23, 2017, that he anticipates will last three weeks.

6    c)    Counsel for defendant believes that failure to grant the above-requested

7    continuance would deny him/her the reasonable time necessary for effective preparation, taking

8    into account the exercise of due diligence.

9    d)    The government does not object to the continuance.

10    e)    Based on the above-stated findings, the ends of justice served by continuing the

11    case as requested outweigh the interest of the public and the defendant in a trial within the

12    original date prescribed by the Speedy Trial Act.

13    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14    et seq., within which trial must commence, the time period of April 27, 2017 to June 8, 2017,

15    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

16    because it results from a continuance granted by the Court at defendant's request on the basis of

17    the Court's finding that the ends of justice served by taking such action outweigh the best interest

18    of the public and the defendant in a speedy trial.

19    **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

1     4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4     IT IS SO STIPULATED.

5

6

7 Dated: April 24, 2017                     PHILLIP A. TALBERT
                                      United States Attorney

8

9                                   /s/ Shelley D. Weger
                                  SHELLEY D. WEGER
                                  Assistant United States Attorney

10

11

12 Dated: April 24, 2017                     /s/ Hayes H. Gable, III
                                  HAYES H. GABLE, III
                                  COUNSEL FOR DEFENDANT
                                  ZAID BADER JACOB

13

14

15

16

17 **FINDINGS AND ORDER**

18     IT IS SO FOUND AND ORDERED this 25th day of April, 2017.

19

20

21

22                                   Troy L. Nunley
                                  United States District Judge

23

24

25

26

27

28