PHILLIP A. TALBERT
United States Attorney
Shelley D. Weger
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0007 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ZAID BADER JACOB, | DATE: August 24, 2017 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 24, 2017.

2. By this stipulation, defendant now moves to continue the status conference until October 19, 2017, at 9:30 a.m., and to exclude time between August 24, 2017, and October 19, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 440 pages of investigative reports and related documents in electronic format, and an audio recording of the defendant's statement to law enforcement. This discovery was produced on January 25, 2017. In addition, there are electronic devices that were seized from the defendant's residence, which contain material restricted by 18 U.S.C. § 3509(m), that

have been made available for inspection.

        b)      Defense counsel has been out on medical leave since the parties' request for the last continuance and anticipates that he will continue to be on medical leave until mid-to-late September 2017. Counsel for the defendant will need time after he returns to work to conclude his review of the evidence and conduct any additional investigation, as well as time to discuss the case and possible resolutions with his client.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 24, 2017 to October 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 9, 2017                                   PHILLIP A. TALBERT
                                                         United States Attorney

                                                          /s/ Shelley D. Weger
                                                         SHELLEY D. WEGER
                                                         Assistant United States Attorney

Dated:  August 9, 2017                                    /s/ Hayes H. Gable, III
                                                         HAYES H. GABLE, III
                                                         COUNSEL FOR DEFENDANT
                                                         ZAID BADER JACOB

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 10th day of August, 2017.

                                                         Troy L. Nunley
                                                         United States District Judge