1 HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
ZAID BADER JACOB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:17-cr-00007 TLN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| **ZAID BADER JACOB**, | |
| Defendant. | |
| | Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Shelley D. Weger, and defendant Zaid Bader Jacob, by and through his attorney of record, Hayes H. Gable III, agree and stipulate as follows:

1

1) By previous order, this matter was set for status on October 19, 2017.

2) By this stipulation, defendant now moves to continue the status conference to November 30, 2017, at 9:30 a.m., and to exclude time between October 19, 2017, and November 30, 2017, under Local Code T4.

3) The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 440 pages of investigative reports and related documents in electronic format, and an audio recording of the defendant's statement to law enforcement. This discovery was produced on January 25, 2017. In addition, there are electronic devices that were seized from the defendant's residence, which contain material restricted by 18 U.S.C. § 3509(m), that have been made available for inspection.

    b) Defense counsel requires the additional time to conduct further research relative to specific offense characteristics that may be applicable to the defendant, and to meet with the defendant to discuss options for resolution of this matter.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 19, 2017,

to November 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4) Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: October 16, 2017

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
ZAID BADER JACOB

/s/Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 16th day of October, 2017.

Troy L. Nunley
United States District Judge