HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 104
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
ZAID BADER JACOB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:17-cr-00007 TLN |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| **ZAID BADER JACOB**, | |
| Defendant. | Hon. Allison Claire |

## MOTION

Defendant Zaid Bader Jacob, by and through his attorney of record, Hayes H.
Gable III, moves this Court to modify the conditions of his pretrial release to allow him to attend
the wedding ceremony of his cousin, Angela Musallam at the Cathedral of the Blessed

UNOPPOSED MOTION AND [PROPOSED] ORDER
TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Sacrament at 1 p.m. on Saturday, August 4, 2018 with a reception following at the Hyatt Regency Hotel at 5 o'clock p.m. Defendant would have to return to his home by 11 p.m.

Defendant's wife, Nada, his third –party custodian, will remain with him at all times during the ceremony and reception.

The defendant will abide by all other conditions of his pretrial release while attending the two events.

Neither the Government nor the Pretrial Services Officer oppose this motion.

Dated: July 17, 2018

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
ZAID BADER JACOB

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of July, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNOPPOSED MOTION AND [PROPOSED] ORDER
TO MODIFY CONDITIONS OF PRETRIAL RELEASE